Gregory Scott Covey
101 E. Methvin
Longview, TX
75601

March 10, 2019

## Writ of Habeas Corpus

I am now pleading for the Court to do what is Just and Fair and a Right and Liberty under law to let me out of this cruel and unusual punishment Brought on by President Donald Trump being I am in U.S. Marshalls Jurisdiction and the Sheriff of Gregg County Maxey Cerliano This as you can see denying my Rights of Sanitary Conditions but are putting me in immediate and Grave Danger feces is the most, being Human Feces, deadly and Disease carring surroundings and the jail and jail Standards being Aware of this and Now the Courts on facts that this is Happening

In Your Hearts I need Help
Gregory Scott Covey
Gregory Scott Covey
3-10-19

I need a Stamped "Filed" Copy
thank you